UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOEL ESTEVEZ,

      Plaintiff,

v.                                             Case No. 22-CV-380

FCA, LLC and TIMBER CREEK
RESOURCE, LLC,

      Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christa D. Wittenberg of the law firm O'Neil, Cannon, Hollman, DeJong & Laing S.C. hereby enters an appearance as counsel for Defendants FCA, LLC and Timber Creek Resource, LLC in the above-captioned action and requests that copies of all papers, pleadings and notices be served upon her at the following address:

> Christa D. Wittenberg, Esq.
> O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.
> 111 East Wisconsin Avenue, Suite 1400
> Milwaukee, Wisconsin 53202
> Phone:    (414) 276-5000
> E-mail:    christa.wittenberg@wilaw.com

Dated: May 25, 2022

                                                            By: s/ *Christa D. Wittenberg*
                                                                  Christa D. Wittenberg