UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JOEL ESTEVEZ,**

    Plaintiff,

v.                                                                  Case No.   22-CV-380

**TIMBER CREEK RESOURCE, LLC,**

    Defendant.

---

## SCHEDULING ORDER

On June 28, 2022, the Court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney David M. Potteiger; appearing on behalf of the defendant was Attorney Erica N. Reib.

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The parties shall exchange their initial disclosures in accordance with Fed. R. Civ. P. 26(a) no later than **August 2, 2022.**

2. The parties may join other parties and amend the pleadings without leave of court no later than **August 2, 2022.**

3. The plaintiff shall file a motion for conditional certification under the FLSA no later than **October 25, 2022**.

4. Any final certification, class certification, and decertification motions are due no later than **April 25, 2023.**

5. The plaintiff shall disclose all expert witnesses, in accordance with Civil L.R. 26(b), no later than **April 28, 2023.**

6. The defendant shall disclose all expert witnesses, in accordance with Civil L.R. 26(b), no later than **May 26, 2023.**

7. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **August 29, 2023**. The parties are expected to try and resolve any discovery disputes through the meet-and-confer process required by Civil L.R. 37.

8. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56 no later than **September 26, 2023**.

9. If no dispositive motions are filed or if resolution of the motions does not dispose of the case in its entirety, the court will schedule a telephonic scheduling conference to discuss further scheduling of the case.

10. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Katina Hubacz is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-1200; Katina_Hubacz@wied.uscourts.gov

    Courtroom Deputy Tony Byal is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-3373;

    Tony_Byal@wied.uscourts.gov.

    Dated at Milwaukee, Wisconsin, this 28th day of June, 2022.

    _____
    STEPHEN C. DRIES
    United States Magistrate Judge