UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOEL ESTEVEZ,

    Plaintiff,

  v.                        Case No. 22-cv-380

FCA, LLC and TIMBER CREEK
RESOURCE, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

The Parties, by their undersigned counsel, jointly submit this Notice of Settlement to advise that the Parties reached a settlement of this matter on November 15, 2022. The Parties are currently working on memorializing the specific terms of their settlement agreement and anticipate filing settlement documents for the Court's approval on or before December 16, 2022.

Dated this 22nd day of November, 2022.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| s/ *Erica N. Reib* | s/ *David M. Potteiger* |
| Erica N. Reib, SBN 1084760 | James A. Walcheske, SBN 1065635 |
| Erica.reib@wilaw.com | jwalcheske@walcheskeluzi.com |
| Christa Wittenberg SBN 1096703 | Scott S. Luzi, SBN 1067405 |
| Christa.wittenberg@wilaw.com | sluzi@walcheskeluzi.com |
| O'Neil, Cannon, Hollman, DeJong & Laing S.C. | David M. Potteiger, SBN 1067009 |
| | dpotteiger@walcheskeluzi.com |
| 111 E. Wisconsin Avenue, Suite 1400 | Walcheske & Luzi, LLZ |
| Milwaukee, WI 53202 | 235 North Executive Drive, Suite 240 |
| (414) 276-5000 (office) | Brookfield, Wisconsin 53005 |
| (414) 276-6581 (facsimile) | (262) 780-1953 (office) |
| Attorneys for Defendants | Attorneys for Plaintiffs |