UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JOEL ESTEVEZ,**

    Plaintiff,

    v.                                                                       Case No. 22-CV-380-SCD

**TIMBER CREEK RESOURCE, LLC,**

    Defendant.

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

On December 15, 2022, the parties filed a joint motion for court approval of settlement, ECF No. 31; a copy of the executed settlement agreement, ECF No. 31-1; and a proposed order for dismissal, ECF No. 31-2. The court **GRANTS** the motion, ECF No. 31, and **ORDERS** the following:

1. The parties' Settlement and Release Agreement, ECF No. 31-1, is a fair and reasonable resolution of a bona fide wage dispute and is approved in its entirety;

2. This action is **DISMISSED** with prejudice and without further costs to either party.

**SO ORDERED** this 22nd day of December, 2022.

_____
STEPHEN C. DRIES
United States Magistrate Judge